UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN



CLERK US DC EDW
FILED

2026 MAR 17 A 11: 57

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRANDON M. LEMEROND,

      Defendant.

**26 - CR - 060**

Case No. 26-CR-

[18 U.S.C. §§ 1466A(a)(1),
2251(a), 2251(e), and
2260A]

**Green Bay Division**

---

## INDICTMENT

---

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1. On or about July 2, 2025, in the State and Eastern District of Wisconsin and elsewhere,

### BRANDON M. LEMEROND

did knowingly distribute a visual depiction of a minor engaging in sexually explicit conduct that is obscene and had been communicated and transported in interstate and foreign commerce by any means, including by computer.

2. The visual depiction distributed by the defendant included a digital image identified by the following partial file name:

| Partial Filename | Description |
| --- | --- |
| Ag~v4.jpg | A digital image depicting a male subject placing his erect penis into the vagina of a prepubescent, possibly toddler aged, female. What appears to be ejaculate is observed on the child's vagina and the adult male's penis. |

All in violation of Title 18, United States Code, Section 1466A(a)(1).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.      On or about July 9, 2025, in the State and Eastern District of Wisconsin and elsewhere,

## BRANDON M. LEMEROND

did knowingly receive a visual depiction of a minor engaging in sexually explicit conduct that is obscene and had been communicated and transported in interstate and foreign commerce by any means, including by computer.

2.      The visual depiction received by the defendant included a digital video identified by the following partial file name:

| Partial Filename | Description |
| --- | --- |
| 0709-content.jpg | A digital image that depicts nude genitalia of what appears to be a pre-pubescent, toddler-aged female subject. The female's vagina is visible. A male's erect penis is visible above the female's vagina. White-colored liquid substance, consistent in appearance to male ejaculate, is on the female's vagina, mons pubis, and lower abdomen. |

All in violation of Title 18, United States Code, Section 1466A(a)(1).

**COUNT THREE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about July 11, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**BRANDON M. LEMEROND**

knowingly employed, used, persuaded, induced, enticed, and coerced Minor 1, a person under the age of 18, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was transported across state lines or in foreign commerce by any means, including by computer.

2. The defendant was convicted of Possession of Child Pornography by a Person Under the Age of 18 in Manitowoc County Circuit Court case 2023CF000128 in violation of Wisconsin Statutes Section 948.12(1m).

All in violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 2, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**BRANDON M. LEMEROND,**

an individual who has a prior conviction for possession of child pornography in the State of Wisconsin, and who is required by federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1466A, as charged in Count One of this indictment.

In violation of Title 18, United States Code, Section 2260A.

## COUNT FIVE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 9, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**BRANDON M. LEMEROND,**

an individual who has a prior conviction for possession of child pornography in the State of Wisconsin, and who is required by federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1466A, as charged in Count Two of this indictment.

In violation of Title 18, United States Code, Section 2260A.

## COUNT SIX

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about July 11, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**BRANDON M. LEMEROND,**

an individual who has a prior conviction for possession of child pornography in the State of Wisconsin, and who is required by federal or other law to register as a sex offender, committed a felony offense involving a minor under Title 18, United States Code, Section 1466A, as charged in Count Three of this indictment.

In violation of Title 18, United States Code, Section 2260A.

# FORFEITURE NOTICE

Upon conviction of counts one, two, or three in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, United States Code, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offense.

**A TRUE BILL:**

FOREPERSON

Dated: 3/17/2a

DANIEL R. HUMBLE
Assistant United States Attorney